# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| IN THE MATTER OF THE ARREST OF<br><br>RODNEY GODWIN | Case No. 3:21-mj-00194-DMS |

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT

I, Thomas J. King, being duly sworn, depose and state that:

## I. EXPERIENCE OF AFFIANT

I am a graduate of Buffalo State College, where I obtained a Bachelor of Science in criminal justice. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Department of Justice, and have been so employed since February 14, 2001. Prior to that, I was a Special Agent with the Immigration and Naturalization Service for five years and an Inspector with the United States Customs Service for three years.

I am a graduate of the Federal Law Enforcement Training Center and the ATF National Academy. As a result of my training and experience as an ATF Special Agent, I am familiar with the federal firearms laws. Through my experience, I have also investigated numerous cases involving 18 USC section 922(g)(1), Felon in Possession of a Firearm, 18 USC § 924(c), Using or Carrying a Firearm in Relation to a Crime Involving Drug Trafficking or Possession of a Firearm in Furtherance of a Drug Trafficking Crime, and 21 USC §§ 841 et seq., Controlled Substance violations.

APR - 2 2021

## II.     PURPOSE OF AFFIDAVIT

Based on the facts set forth in this affidavit, there is probable cause to believe that Rodney GODWIN has committed violations of the Controlled Substances Act, 21 USC Section 841 et seq.

## III.    PROBABLE CAUSE

1. I initiated an investigation into Rodney GODWIN on March 2, 2021. Observations and evidence obtained during this investigation resulted in the issuance of Federal Search Warrant 3:21-mj-00170-DMS, for GODWIN's residence/business, 7449 Old Seward Highway, Anchorage, AK, to look for evidence related to the distribution of controlled substances, possession of a firearm by a convicted felon, and use of a firearm in furtherance of a drug trafficking offense.

2. I also obtained Federal Search Warrants for two vehicles GODWIN has been observed driving; 3:21-mj-00171-DMS and 3:21-mj-00172-DMS, for a Ford F-350 bearing AK LP KFH656 and a Dodge Ram bearing AK LP JSB101, respectively. All three Search Warrants were issued on March 26, 2021.

3. On April 1, 2020, Rodney GODWIN met APD TFO Alan Adair and APD TFO Meg Berman at GODWIN's place of business, Auto Plus, 6050 B. Street, Anchorage. Agents conducting surveillance had observed GODWIN leave 7449 Old Seward Highway and drive to Auto Plus, where he met the ATF TFO's. GODWIN was driving his Dodge Ram pickup bearing AK LP JSB101. GODWIN was detained and advised of the search warrants that existed for his vehicles and his place of business at 7449 Old Seward Highway. TFO Adair advised GODWIN of his Miranda rights.

GODWIN understood his rights, and then admitted to being involved in distributing pound levels of methamphetamine, cocaine, and heroin. GODWIN also admitted to converting powdered cocaine into crack cocaine. GODWIN admitted to engaging in this activity on a daily basis, and told TFO Adair that Agents would find multiple ounces of methamphetamine and heroin, and a small amount of cocaine, without specifying where they would be found. GODWIN also admitted he had in excess of $20,000 USD, in his backpack located in his Dodge pickup. GODWIN also admitted firearms would be found in plain view at 7449 Old Seward, and he had accepted them in trade for narcotics. This interview was audio recorded.

4. Agents affected the search warrant on the Dodge Ram. In GODWIN's backpack, Agents discovered $22,990 in USD, approximately 37 grams of suspected methamphetamine, and approximately 281 grams of suspected heroin, including packaging. ATF Agent Tom King conducted a field test on the suspected heroin and obtained a presumptive positive field test for heroin.

Thomas J. King
**Special Agent**
**BUREAU OF ALCOHOL, TOBACCO**
**FIREARMS AND EXPLOSIVES**

SUBSCRIBED AND SWORN TO before me this 2 day of April, 2021, at Anchorage, Alaska. by telephone.

Deborah M. Smith
**United States Magistrate Judge**